| | |
|---|---|
| 1 | Nathan A. Oyster (SBN 225307) |
| 2 | E-mail: noyster@bwslaw.com |
|   | Algeria R. Ford (SBN 289016) |
| 3 | E-mail: aford@bwslaw.com |
|   | BURKE, WILLIAMS & SORENSEN, LLP |
| 4 | 444 South Flower Street, Suite 2400 |
|   | Los Angeles, CA 90071-2953 |
| 5 | Tel: 213.236.0600   Fax: 213.236.2700 |

Attorneys for Defendants
CITY OF HEMET, ANDREW REYNOSO, IAN BAILEY, BRENT CHRISTIANSON, JARED FLOREZ, MICHAEL MOUAT, NICHOLAS ORLANDOS, NICHOLAS SCHROEDER, BRIAN WOOD, PATRICK SOBASZEK, and JAKE DOMINGUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLA LADEFOGED, JR., and ELIZABETH LADEFOGED, in each case individually and as successor in interest to ORLA LADEFOGED, deceased, and PAUL LADEFOGED, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET; ANDREW REYNOSO, IAN BAILEY, BRENT CHRISTIANSON, JARED FLOREZ, MICHAEL MOUAT, NICHOLAS ORLANDOS, NICHOLAS SCHROEDER, BRIAN WOOD, PATRICK SOBASZEK, JAKE DOMINGUEZ, and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00903-SVW-SHK<br><br>**STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**<br><br>[FED. R. CIV P. 41(a)(1)(A)(ii)]<br><br>*[[Proposed] Order filed concurrently herewith]*<br><br><br>Honorable Stephen V. Wilson<br>Magistrate Judge Shashi H. Kewalramani |

IT IS HEREBY STIPULATED by and between Plaintiffs ORLA LADEFOGED, JR., ELIZABETH LADEFOGED, and PAUL LADEFOGED (hereinafter "Plaintiffs") and Defendants CITY OF HEMET, ANDREW REYNOSO, IAN BAILEY, BRENT CHRISTIANSON, JARED FLOREZ,

1  MICHAEL MOUAT, NICHOLAS ORLANDOS, NICHOLAS SCHROEDER,
2  BRIAN WOOD, PATRICK SOBASZEK, and JAKE DOMINGUEZ
3  ("Defendants"), by and through their counsel of record, that the entire action
4  including all claims against Defendants is hereby dismissed with prejudice,
5  pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party
6  to bear their own attorneys' fees and costs.

Dated:  March 11, 2020              LAW OFFICE OF DALE K. GALIPO


                                    By: /s/ Dale K. Galipo
                                        Dale K. Galipo
                                        Attorney for Plaintiffs
                                        ORLA LADEFOGED, JR.,
                                        ELIZABETH LADEFOGED, and
                                        PAUL LADEFOGED


Dated:  March 11, 2020              BURKE, WILLIAMS & SORENSEN, LLP


                                    By: /s/ Nathan A. Oyster[1]
                                        Nathan A. Oyster
                                        Algeria R. Ford
                                        Attorneys for Defendants
                                        CITY OF HEMET, ANDREW
                                        REYNOSO, IAN BAILEY, BRENT
                                        CHRISTIANSON, JARED FLOREZ,
                                        MICHAEL MOUAT, NICHOLAS
                                        ORLANDOS, NICHOLAS
                                        SCHROEDER, BRIAN WOOD,
                                        PATRICK SOBASZEK, and JAKE
                                        DOMINGUEZ

---

[1] As the filer of this Stipulation to Dismiss Action with Prejudice, I attest that Dale Galipo concurs in the content of the Stipulation and has authorized its filing.