JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLA LADEFOGED, JR., and ELIZABETH LADEFOGED, in each case individually and as successor in interest to ORLA LADEFOGED, deceased, and PAUL LADEFOGED, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HEMET; ANDREW REYNOSO, IAN BAILEY, BRENT CHRISTIANSON, JARED FLOREZ, MICHAEL MOUAT, NICHOLAS ORLANDOS, NICHOLAS SCHROEDER, BRIAN WOOD, PATRICK SOBASZEK, JAKE DOMINGUEZ, and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00903-SVW-SHK<br><br>**ORDER DISMISSING THIS ACTION WITH PREJUDICE**<br><br>[FED. R. CIV P. 41(a)(1)(A)(ii)]<br><br>*[Stipulation filed concurrently herewith]*<br><br>Honorable Stephen V. Wilson<br>Magistrate Judge Shashi H. Kewalramani |

Pursuant to the Stipulation To Dismiss This Action With Prejudice filed by Plaintiffs Orla Ladefoged, Jr., Elizabeth Ladefoged, and Paul Ladefoged (hereinafter "Plaintiffs") and Defendants City of Hemet, Andrew Reynoso, Ian Bailey, Brent Christianson, Jared Florez, Michael Mouat, Nicholas Orlandos, Nicholas Schroeder, Brian Wood, Patrick Sobaszek, and Jake Dominguez (hereinafter "Defendants"), and Federal Rules of Civil Procedure, Rule

1  41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action including all
2  claims against Defendants is dismissed with prejudice. Each party is to bear their
3  own attorneys' fees and costs.
4      IT IS SO ORDERED.

6  Dated: March 18 2020

                         Honorable Stephen V. Wilson
                         United States District Court Judge